

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00651-CV

**IN THE INTEREST OF A.C.M.**, D.S.M., and N.J.H., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00970
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant A.M. because she is indigent.

SIGNED December 4, 2013.

_____
Marialyn Barnard, Justice